In the Matter of Robin L. Norwood, Respondent, v James P. Capone, Appellant.

Submitted May 2, 2005; decided May 10, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct

involvement of a substantial constitutional question (CPLR 5601).